UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:11-00008 |
| | ) | JUDGE SHARP |
| HOLLIS DWAYNE RAMSEY | ) | |
| | ) | |

### ORDER

Pending before the Court is a Motion to Dismiss Ad Mortem Defendae (Docket No. 82).

The motion is GRANTED and this case is closed.

It is so ORDERED.

*(signature)*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE